UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mark B. Meltzer and<br>Paula H. Meltzer<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-24464<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion is granted.
2. Section D.1 of the confirmed Chapter 13 plan is modified to $2,785 per month for the remaining term of the plan.
3. The existing plan default is deferred.
4. The plan base remains $150,844.   ABG

Enter:

Dated: 11 JAN 2019

United States Bankruptcy Judge

Prepared by:
Megan D. Hayes
Geraci Law L.L.C
55 East Monroe Street, #3400
Chicago, IL 60603
Ph: 312.332.1800
Fax: 877.247.1960

Rev: 20120209_bko